UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MHG IP HOLDING (SINGAF ,

Plaintiff(s),

v.

ANANTARA, LLC ,

Defendant(s).

Case No. 3:26-CV-01948

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Christopher B. Lay , an active member in good standing of the bar of

Illinois , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: MHG IP HOLDING (SINGAPOI in the

above-entitled action. My local co-counsel in this case is Brian Irion , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 119865 .

195 N Arlington Heights Rd, Suite 125, Buffalo Grove, IL 60089
MY ADDRESS OF RECORD

Law Offices of Brian Irion, 611 Veterans Blvd., Suite 209, Redwood City, CA 94063
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

847.808.5500
MY TELEPHONE # OF RECORD

650.363.2600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

clay@iphorgan.com
MY EMAIL ADDRESS OF RECORD

birion@thedesq.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6295183 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/18/2026

Christopher B. Lay
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher B. Lay           is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 20, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2