Dermot Horgan (IL SBN 6220353)
Christopher B. Lay (IL SBN 6295183)
IpHorgan Ltd
195 N Arlington Heights Rd, Suite 125
Buffalo Grove, IL 60089
dhorgan@iphorgan.com; clay@iphorgan.com
Tel: (847) 808-5500
(Pending pro hac vice admission)

Brian Irion (Cal. SBN #119865)
Law Offices of Brian Irion
611 Veterans Blvd., Suite 209
Redwood City, California  94063
Tel: 650.363.2600
Fax: 650.363.2606
birion@thedesq.com

Attorneys for Plaintiffs
MHG IP Holding (Singapore) Pte. Ltd.,
Minor Hotel Group Limited,
AVC Club Developer Ltd., and
MI Squared Limited

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHG IP Holding (Singapore) Pte. Ltd.,<br>Minor Hotel Group Limited,<br>AVC Club Developer Ltd., and<br>MI Squared Limited,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ANANTARA, LLC,<br><br>        Defendant | Case No. 3:26-CV-01948-CRB<br><br>Joint Motion to Extend Deadlines<br> ORDER |

Plaintiffs MHG IP Holding (Singapore) Pte. Ltd., Minor Hotel Group Limited, AVC Club

Developer Ltd., and MI Squared Limited ("Plaintiffs"), and Defendant Anantara, LLC, by and through

their attorneys, file this joint motion to extend deadlines.

Joint Motion to Extend Deadlines            Page 1

Plaintiffs and Defendant have been working diligently to negotiate and conclude a settlement agreement which, if enacted, will resolve all issues raised in the Complaint. To provide the time necessary to facilitate this effort without further expenditure of the Court's and parties' resources, the parties respectfully request that the Court issue an order extending the deadline for Defendant to file its Answer, as well as all subsequent deadlines, for a period of thirty days.

Dated:  March 31, 2026                    LAW OFFICES OF BRIAN IRION


By: /s/ Brian Irion
Brian Irion


IPHORGAN LTD


By: /s/ Dermot Horgan
Dermot Horgan

*Attorneys for Plaintiffs MHG IP Holding (Singapore) Pte. Ltd., Minor Hotel Group Limited, AVC Club Developer Ltd., and MI Squared Limited*

By: */s/ Karthik Murthy*
Karthik Murthy

MURTHY PATENT LAW INC.
*Attorney for Defendant Anantara, LLC*


ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Brian Irion, attest that concurrence in the filing of this document has been obtained from Karthik Murthy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brian Irion

Joint Motion to Extend Deadlines          Page 2

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

IT IS HEREBY ORDERED THAT the Joint Motion to Extend Deadlines thirty days is granted.

Dated: \_\_\_\_April 3, 2026_____



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNI_____JDGE