Dermot Horgan (IL SBN 6220353)
Christopher B. Lay (IL SBN 6295183)
IpHorgan Ltd
195 N Arlington Heights Rd, Suite 125
Buffalo Grove, IL 60089
dhorgan@iphorgan.com; clay@iphorgan.com
Tel: (847) 808-5500
(Pending pro hac vice admission)

Brian Irion (Cal. SBN #119865)
Law Offices of Brian Irion
611 Veterans Blvd., Suite 209
Redwood City, California  94063
Tel: 650.363.2600
Fax: 650.363.2606
birion@thedesq.com

Attorneys for Plaintiffs
MHG IP Holding (Singapore) Pte. Ltd.,
Minor Hotel Group Limited,
AVC Club Developer Ltd., and
MI Squared Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHG IP Holding (Singapore) Pte. Ltd., Minor Hotel Group Limited, AVC Club Developer Ltd., and MI Squared Limited, | Case No. 3:26-CV-01948-CRB |
| Plaintiffs, | Stipulation of Dismissal without Prejudice ORDER |
| vs. | |
| ANANTARA, LLC, | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs MHG IP Holding (Singapore) Pte. Ltd., Minor Hotel Group Limited, AVC Club Developer Ltd., and MI Squared Limited ("Plaintiffs"), by and through its attorneys and with the express written consent of Defendant Anantara,

Stipulation of Dismissal without Prejudice

LLC, file this Stipulation of Dismissal without prejudice.

Dated:  April 22, 2026                     LAW OFFICES OF BRIAN IRION


By: /s/ Brian Irion
Brian Irion


IPHORGAN LTD


By: /s/ Dermot Horgan
Dermot Horgan

*Attorneys for Plaintiffs MHG IP Holding (Singapore) Pte. Ltd., Minor Hotel Group Limited, AVC Club Developer Ltd., and MI Squared Limited*

By: */s/ Karthik Murthy*
Karthik Murthy

MURTHY PATENT LAW INC.
*Attorney for Defendant Anantara, LLC*


ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Brian Irion, attest that concurrence in the filing of this document has been obtained from Karthik Murthy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                    Irion

Date: April 23, 2026

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Dismissal without Prejudice